E-FILED 10/13/15
LINK #40

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR SHERIDAN, an individual, and BARBARA SHERIDAN, an individual, individually and on behalf of all those similarly situated.<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>iHEARTMEDIA, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.:  2:15-cv-4067-PSG-GJS<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION TO STAY FURTHER PROCEEDINGS PENDING OUTCOME OF RELATED APPEAL |

The court having read and considered the Parties' Stipulation and for good cause therefore, **IT IS HEREBY ORDERED** that:

Except as noted below, all proceedings in this action, and/or the consolidated action resulting from the parties' consolidation stipulation filed concurrently herewith, are stayed until the mandate issues to this Court from the United States Court of Appeals for the Ninth Circuit in *Flo & Eddie, Inc. v. Pandora, Inc.*, No. 15-55287 (9th Cir., filed Feb. 24, 2015) ("*Pandora* Appeal").

Within thirty days of issuance of the mandate in the *Pandora* Appeal, the parties shall file a joint status report apprising the Court of how the parties wish to proceed.

This order having been issued on the terms to which the parties stipulated, Defendant has waived its right to file a motion to strike any of the currently-asserted claims for relief in the FAC or in any subsequently filed amended complaint as contemplated in the parties' concurrently filed consolidation stipulation pursuant to Cal. Code of Civ. Pro. § 425.16 after this stay is lifted, if the Ninth Circuit in the Pandora Appeal affirms the District Court's order in that case.

While the stay is in effect, Plaintiffs may file the consolidated complaint contemplated in the parties' concurrently filed consolidation stipulation, and/or amend the operative complaint as contemplated by that stipulation. Defendant is under no obligation to file any responsive pleading during the pendency of the stay in response to the contemplated consolidated complaint or in the event Plaintiffs amend the operative complaint. If a responsive pleading is required in this litigation after the Ninth Circuit issues its mandate to this Court in the *Pandora* Appeal, the parties shall agree on a date by which the responsive pleading will be filed and submit that date to the Court for approval in their joint status report.

Dated: 10/13/15

PHILIP S. GUTIERREZ

Honorable Philip S. Gutierrez
United States District Court Judge